IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Maxwell Muff,                          :

    Plaintiff,                      :

  v.                                   :        Case No. 2:08-cv-0611

Unknown,                               :        JUDGE FROST

    Defendant.                      :

<u>ORDER</u>

    On June 27, 2008, the Court noted that plaintiff had submitted an application to proceed in forma pauperis but had not submitted a pleading of any type.  He was granted twenty days to cure this deficiency.  He has not.  As a result, this case is DISMISSED for failure to prosecute.

    /s/  Gregory L. Frost
    GREGORY L. FROST
    UNITED STATES DISTRICT JUDGE